FILED
 2009 Feb-23  PM 04:04
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| DAVID MCDONALD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:08-cv-02170-WMA-JEO |
| | ) |
| WARDEN J.L. GILES and TROY KING, | ) |
| THE ATTORNEY GENERAL OF THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case involves a petition for a writ of habeas corpus filed by David McDonald. (Doc. 1). After preliminary review, the magistrate judge assigned this case determined that it was due to be dismissed with prejudice because it was barred by the applicable statute of limitations. (Doc. 11). The petitioner has filed objections to the magistrate judge's determination. (Doc. 12). He asserts that there was no proof to support the burglary charge to which he pled guilty and that he has been diligent in pursuing his challenges to the conviction. *Id*. at 1-2.

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the petitioner's objections and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The petitioner's conclusory and unsupported objections are insufficient to justify any relief or further review.

The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order

will be entered.

    **DONE** this 23rd day of February, 2009.

                                                     _____
                                                     WILLIAM M. ACKER, JR.
                                                     UNITED STATES DISTRICT JUDGE